# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Garry Deshawn Scriven            Docket No. 5:08-CR-13-1D

### Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Garry Deshawn Scriven, who, upon an earlier plea of guilty to 18 U.S.C. §§922(g)(1) and 924, Felon in Possession of a Firearm, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on July 24, 2008, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Garry Deshawn Scriven was released from custody on February 18, 2011, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for marijuana on June 21, 2011. The defendant is currently receiving substance abuse and mental health counseling and is enrolled in our Surprise Urinalysis Program. It is recommended that the defendant complete 24 hours of community service for this positive urinalysis.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Garry Deshawn Scriven
Docket No. 5:08-CR-13-1D
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Mindy L. Threlkeld<br>Mindy L. Threlkeld<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: July 15, 2011 |

### ORDER OF COURT

Considered and ordered this 15 day of July, 2011, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge